UNITED STATED DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Arnold J. Parviainen,<br><br>Plaintiff,<br><br>v.<br><br>City of Barnum,<br>a Minnesota Municipal Corporation,<br><br>Defendant. | Civil File No. 01-176 (RHK/RLE)<br><br>**STIPULATION OF DISMISSAL ORDER FOR JUDGMENT AND JUDGMENT** |

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that plaintiff's Complaint in the above-entitled action may be dismissed with prejudice against defendant City of Barnum pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and that the Court may enter and file the following Order.

Dated: Oct. 15, 2001

**BOYD, AGNEW, DRYER & STORAASLI, LTD.**

By: [signature]

Lisa D. Wilson (No. 231174)
*Attorneys for Plaintiff Arnold J. Parviainen*
200 Sellwood Building
202 West Superior Street
Duluth, Minnesota 55802
Telephone: 218-727-8451

FILED OCT 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: Oct. 22, 2001

**JULIE FLEMING-WOLFE**
**Attorney at Law**

By: ______________________
Julie Fleming-Wolfe (No. 175377)
*Attorney for Defendant City of Barnum*
1010 Degree of Honor Building
325 Cedar Street
St. Paul, Minnesota 55101
Telephone: 651-767-8642

## ORDER FOR JUDGMENT

Based upon the foregoing STIPULATION, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits against defendant City of Barnum and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: October 25, 2001

______________________
The Honorable Richard H. Kyle
Judge of U.S. District Court